PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-000236-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| AHMAD TAYLOR MUHAMMAD, | |
| Defendant. | |

The parties stipulate as follows:

1.      The indictment was filed in this district on December 21, 2023, and the defendant had his arraignment and plea on indictment the following day. The Court scheduled a status conference on January 10, 2024, without excluding time.

2.      The government produced initial discovery to Mr. Muhammad's counsel on December 28, 2023.

3.      On January 5, 2024, the parties agreed to continue the January 10, 2024, status conference until February 28, 2024, and to exclude time from December 28, 2023, to provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4.      The parties agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from December 28, 2023, through February 28, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

      IT IS SO STIPULATED.

Dated:  January 8, 2024

PHILLIP A. TALBERT
United States Attorney


*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney


Dated:  January 8, 2024

*/s/ Erin M. Snider*
Erin M. Snider
Counsel for Ahmad Taylor Muhammad

## ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1.     The status conference is continued from January 10, 2024, until **February 28, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2.     The period from January 8, 2024, through February 28, 2024, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  The request for retroactive time exclusion is DENIED. The statute does not authorize retroactive exclusion.

IT IS SO ORDERED.

Dated:   **January 8, 2024**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE