1 PHILLIP A. TALBERT
United States Attorney
2 CODY S. CHAPPLE
Assistant United States Attorneys
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-000236-NODJ-BAM
12 | Plaintiff, |
13 | v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER**
14 | AHMAD TAYLOR MUHAMMAD, |
15 | Defendant. |
16
17

18    The parties stipulate as follows:

19    1.    The indictment was filed in this district on December 21, 2023, and the defendant had his
20 arraignment and plea on indictment the following day. The Court scheduled a status conference on January
21 10, 2024, without excluding time. The government produced initial discovery to Mr. Muhammad's
22 counsel on December 28, 2023.

23    2.    On January 8, 2024, the Court continued the status conference until February 28, 2024, and
24 ordered time excluded from January 8, 2024, to provide defendant with reasonable time to complete his
25 review of the discovery and to fully consider a pre-trial resolution of the case. [ECF 12.]

26    3.    Now, the parties agree to continue the status conference from February 28, 2024, to April
27 24, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that
28 the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

1

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from February 28, 2024, through April 24, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  February 21, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  February 21, 2024

*/s/ Erin M. Snider*
Erin M. Snider
Counsel for Ahmad Taylor Muhammad

# **ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from February 28, 2024, until **April 24, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from February 28, 2024, through April 24, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:   **February 21, 2024**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE