PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD TAYLOR MUHAMMAD,<br><br>Defendant. | CASE NO. 1:23-CR-000236-NODJ-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |

The parties stipulate as follows:

1. The indictment was filed in this district on December 21, 2023, and the defendant had his arraignment and plea on indictment the following day. The defendant was detained on December 15, 2023. [ECF 4.] The Court scheduled a status conference on January 10, 2024, without excluding time. On December 28, 2023, the government produced initial discovery.

2. On January 8, 2024, the Court continued the status conference until February 28, 2024, and ordered time excluded from January 8, 2024, to provide defendant with reasonable time to complete his review of the discovery and to fully consider a pre-trial resolution of the case. [ECF 12.]

3. On February 9, 2024, the defendant moved for Bail Review and the Court denied the motion after hearing on February 15, 2024. [ECF 18.] The government made a plea offer to defense on February 20, 2024, and produced supplemental discovery on March 28, 2024.

4. On February 21, 2024, the Court continued the February 28, 2024, status conference to April 24, 2024, and ordered time excluded, to provide defendant with reasonable time to complete his review of the discovery and to fully consider a pre-trial resolution of the case. [ECF 21.]

5. Now, the parties agreed to continue the status conference from April 24, 2024, to May 22, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

6. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from April 24, 2024, through May 22, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: April 17, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: April 17, 2024

*/s/ Erin Snider*
Erin M. Snider
Counsel for Ahmad Taylor Muhammad

## ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from April 24, 2024, until **May 22, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from April 24, 2024, through May 22, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **April 17, 2024**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE