| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | ERIN M. SNIDER, CA Bar #304781 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|   | AHMAD TAYLOR MUHAMMAD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00236-NODJ-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| AHMAD TAYLOR MUHAMMAD, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Ahmad Taylor Muhammad, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference set for September 11, 2024, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver. Mr. Muhammad agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender Erin M. Snider, the same as if Mr. Muhammad were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Muhammad requests that his presence be waived because he is currently housed in the pretrial detention facility located in Taft, California, and he wishes to avoid being transported to Fresno unless his presence is necessary.

Respectfully submitted,

Date: September 9, 2024         */s/ Ahmad Taylor Muhammad*
                                AHMAD TAYLOR MUHAMMAD


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: September 9, 2024         */s/ Erin M. Snider*
                                ERIN M. SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                AHMAD TAYLOR MUHAMMAD

**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference set for September 11, 2024, and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated:   **September 9, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE