HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AHMAD TAYLOR MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AHMAD TAYLOR MUHAMMAD,<br><br>Defendant. | Case No. 1:23-cr-00236-NODJ-BAM-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date:  January 27, 2025<br>Time:  8:30 a.m.<br>Judge: TBD |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody S. Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Ahmad Taylor Muhammad, that the Court may continue the sentencing hearing currently scheduled for January 8, 2025, at 8:30 a.m. to January 27, 2025, at 8:30am. On December 23, 2024, the Court advanced Mr. Muhammad's sentencing hearing to January 8, 2025. Defense Counsel is unavailable that date. Accordingly, the parties request the court continue the sentencing hearing to the next available calendar which is January 27, 2025.

//

//

//

//

**IT IS SO STIPULATED.**

                                        Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 26, 2024               */s/ Cody S. Chapple*
CODY S. CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 26, 2024               */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AHMAD TAYLOR MUHAMMAD

**O R D E R**

IT IS SO ORDERED. The sentencing hearing currently set for January 8, 2025, is hereby continued to **January 27, 2025 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **December 27, 2024**          /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE